United States District Court
Northern District of New York

Philip DeBlasio # 17A0144
        Plaintiff,

v.

J. Thomas
        Defendants

) Complaint
) (Pro se Prisoner)
)
) Case No: 9:18-cv-101
)
) Jury Demand
)   yes ✓
)   no

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 24 2018
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

1. Legal Basis for Complaint.

42 USC §1983

II. Plaintiff information

Philip DeBlasio
# 17 A 0144
66 Avenue A, front #1
New York N.Y. 10009
AKA
Abdur Rasheed Ali
Stat Prisoner

III. Defendants information

Defendant No. 1:   J. Thomas
Superintendant of Marcy CF.
Marcy C.F. Box 3600
Marcy N.Y. 1403-3600

Defendant No. 2:   Ms. LLame
Nurse DOCS
Marcy CF. Box 3600
Marcy NY 1403-3600

64

Defendant No. 3: Zakee
Doctor (DOCS)
Marcy C.F. Box 3600
Marcy N.Y. 14U3-3600

Defendant No. 4: M. Muhammad
Imam, Chaplain-
Clinton C.F. Bx-2001
Dannemora N.Y. 12929

Defendant No. 5: Abdallah Hadaw
Imam, Chaplain
Marcy C.F. B600
Marcy N.Y. 1403-3600

IV. Statement of Facts.

The Muslim chaplains refused to let me fast for the Shite Muslim 10 day fast of the year. He claims he put me on the list, but I never got any meals. And the 6 days after Ramadan.

5

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On 1-12-18 the Doctor & Nurse told me I couldn't get Treatment for my Hep. C. disease I had since 1995. This violated my rights civil that is. Didn't Let me Fast for Suwnal & the Shite fast of 10 days.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

Violation of 8th Amendment Right. Cruel & Unusual Punishment

**SECOND CLAIM**

Violation of 4th Amendment Right. Due Process Violation.

**THIRD CLAIM**

Violation of 1st Amendment Right Freedom of Religion violation

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

~~[redacted]~~ 1.3 million

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/18/18          Philip Ernest DeBlasio
                        Plaintiff's signature
                        (All plaintiffs must sign the complaint)

(revised 10/2/16)

5