**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

PHILIP DEBLASIO,

                **Plaintiff,**        9:18-cv-101 (GLS/ATB)

            v.

J. THOMAS, Supt.; et al.,

                **Defendants.**
_____

**APPEARANCES:**                 **OF COUNSEL:**

**FOR THE PLAINTIFF:**
PHILIP DEBLASIO
Plaintiff, _Pro se_
66 Avenue A - Front #1
New York, New York 10009

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On May 16, 2018, the court ordered plaintiff to notify the court by May 29, 2018 of his current address and/or verify that his mailing address is as listed in the caption of this Order. (Dkt. No. 7.) The court warned plaintiff that his failure to comply with the Order would result in dismissal, and a copy of the Order was sent to plaintiff's last known address. (_Id._) Plaintiff has failed to so notify the court of his current address.

Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** for plaintiff's failure to notify the court of his address change, for failure to prosecute, and failure to comply with the court's Orders; and it is further

**ORDERED** that the Clerk serve this Decision and Order on the plaintiff at his last known address and on all other parties in accordance with the Local Rules.

May 31, 2018
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge